IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE AMAYA, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-865 MMC<br><br>**ORDER OF REFERRAL** |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to <u>GMAC Mortgage, LLC v. Amaya, et al.</u>, No. C. 12-5028 YGR.

    **IT IS SO ORDERED.**

Dated: March 11, 2013

                                               MAXINE M. CHESNEY<br>                                               United States District Judge