UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE, LLC, fka GMAC MORTGAGE CORP.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE AMAYA, et al.,<br><br>　　　　Defendants. | Case No.: 13-cv-00865-MMC<br><br>**DETERMINATION THAT ACTIONS ARE NOT RELATED PURSUANT TO CIV. L.R. 3-12(a) & (c)** |

This Court has been asked to consider whether this action pending before Judge Maxine Chesney should be related to an earlier-filed action assigned the undersigned. (Order of Referral [Dkt. No. 6 in Case No. 13-00865; Dkt. No. 14 in Case No. 12-05028].) As the Order of Referral states, Case No. 12-05028 was assigned to Judge Gonzalez Rogers. However, in that case, the Court remanded the action based on a lack of subject matter jurisdiction and the case was closed. While the Court briefly presided over that action months ago, it does not believe that there will be an undue burden or duplication of labor or expense such that the matters should be related. Civ. L.R. 3-12(a). For these reasons, the Court **DECLINES** reassignment of the above-referenced action based on this Court's prior, now-closed case.

　　**IT IS SO ORDERED.**

Dated: March 18, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**